SEALED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2007 SEP 25  PM 4: 25

UNITED STATES OF AMERICA

v.

ARTURO SANTOS-GRANADOS,
RAFAEL SANTOS-GRANADOS,
MERCEDES REBON-GRANADOS,
MARIA CONCEPCION GRANADOS-
  GUTIERREZ, a/k/a "Concha,"
MAURICE HEMINGWAY, a/k/a "Fry,"
  a/k/a "Wycleef,"
ANTWAN CUMMINGS, a/k/a "Tony,"
  a/k/a "Trigger,"
DERECK LANE, a/k/a "D," a/k/a "D-Lane,"
FREDERICK HUTSON, a/k/a "Fred,"
AARON GEORGE,  a/k/a "Dread,"
RAYMOND LEE LOWRY, JR., a/k/a "Dolla,"
CARDRICK CASON, a/k/a "Cot,"

Case No. 8:07-CR-391-T-17 mss

Violations:  21 U.S.C. §846
             21 U.S.C. §841(a)(1)
             21 U.S.C. §853 (forfeiture)

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Beginning on a date unknown, which was no later than in or about 2004, to in or about 2007, in Pinellas County, in the Middle District of Florida, Arizona, Nevada, and elsewhere,

ARTURO SANTOS-GRANADOS,
RAFAEL SANTOS-GRANADOS,
MERCEDES REBON-GRANADOS,
MARIA CONCEPCION GRANADOS-GUTIERREZ, a/k/a "Concha,"
MAURICE HEMINGWAY, a/k/a "Fry," a/k/a "Wycleef,"
ANTWAN CUMMINGS, a/k/a "Tony," a/k/a "Trigger,"
DEREK LANE, a/k/a "D," a/k/a "D-Lane,"
FREDERICK HUTSON, a/k/a "Fred,"
AARON GEORGE, a/k/a "Dread,"
RAYMOND LEE LOWRY, JR., a/k/a "Dolla,"
CARDRICK CASON, a/k/a "Cot,"

the defendants herein, did knowingly and willfully combine, conspire, and agree with other persons known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute one thousand (1,000) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846 and Section 841(b)(1)(A)(vii).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Count One of this Information, punishable by imprisonment for more than one (1) year,

ARTURO SANTOS-GRANADOS,
RAFAEL SANTOS-GRANADOS,
MERCEDES REBON-GRANADOS,
MARIA CONCEPCION GRANADOS-GUTIERREZ, a/k/a "Concha,"
MAURICE HEMINGWAY, a/k/a "Fry," a/k/a "Wycleef,"
ANTWAN CUMMINGS, a/k/a "Tony," a/k/a "Trigger,"
DERECK LANE, a/k/a "D," a/k/a "D-Lane,"
FREDERICK HUTSON, a/k/a "Fred,"
AARON GEORGE, a/k/a "Dread,"
RAYMOND LEE LOWRY, JR., a/k/a "Dolla,"
CARDRICK CASON, a/k/a "Cot,"

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

a.    Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

2

b.  Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3.  If any of the property described above, as a result of any act or omission of the defendants:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred or sold to, or deposited with, a third party;

c.  Has been substantially diminished in value; or

d.  Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

JAMES R. KLINDT
Acting United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant U.S. Attorney

_____
JAMES C. PRESTON, JR.
Assistant U.S. Attorney
Deputy Chief, Narcotics Section

A TRUE BILL,

_____
FOREPERSON

No. _____

Case 8:07-cr-00391-WFJ-MAP    Document 1    Filed 09/25/07    Page 4 of 5 PageID 4

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ARTURO SANTOS-GRANADOS,
RAFAEL SANTOS-GRANADOS,
MERCEDES REBON-GRANADOS,
MARIA CONCEPCION GRANADOS-GUTIERREZ, a/k/a "Concha,"
MAURICE HEMINGWAY, a/k/a "Fry," a/k/a "Wycleef,"
ANTWON CUMMINGS, a/k/a "Tony," a/k/a "Trigger,"
DEREK LANE, a/k/a "D," a/k/a "D-Lane,"
FREDERICK HUTSON, a/k/a "Fred,"
AARON GEORGE, a/k/a "Dread,"
RAYMOND LEE LOWRY, JR., a/k/a "Dolla,"
CARDRICK CASON, a/k/a "Cot,"

## INDICTMENT
Violations:

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853 - Forfeiture

A true bill

_____
Foreperson

Filed in open court this 25th day
of September, A.D. 2007.

_____
Clerk

Bail  $_____

GPO 863 525